**1123** CHATTEAU vs. JACOB ET AL. (Board of Election Commissioners of the City of Detroit), No. 12325½.

To place upon official ballot relator's name as a candidate for alderman, he having been selected as such candidate by a committee appointed by a committee of citizens.

Order to show cause denied October 30, 1891.